**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

ALICE L. FINKLEA

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj377/MD

Thomas Keith, AFPD
Defendant's Attorney

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.03 and 18 U.S.C. § § 7 & 13 | Driving Without a Driver's License | 10/9/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The Fine/SMA shall be paid no later than 4/15/09.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 100.00 | $ 0.00 |

Date of Imposition of Sentence - 2/24/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-2-2009